RECEIPT # 58875
AMOUNT $ 150
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 9-23-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 SEP 23 P 3: 30
U.S. DISTRICT COURT
DISTRICT OF MASS.

STEPHEN PASCARELLA )
Plaintiff )
)
v. )
)
)
SCHEIDT & BACHMANN USA, INC. )    04 CV 12049 RWZ
Defendant )
)

**PETITION FOR REMOVAL**          MAGISTRATE JUDGE Alexander

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Scheidt & Bachmann USA, Inc. ("S&B") hereby removes to this Court the above action pending in the Superior Court Department of the Trial Court, Middlesex County, Massachusetts (the "Action"). S&B removes this Action by special appearance without waiving any defenses or objections.

Removal of this Action is proper for the following reasons:

1.  On or about August 23, 2004, Stephen Pascarella commenced this Action against S&B in Massachusetts Superior Court in Middlesex County Massachusetts. True and accurate copies of the Summons and the Complaint are filed with this Petition in accordance with 28 U.S.C. §1446 (a) and are attached as Exhibit A.

2.  Pursuant to 28 U.S.C. § 1332(a)(1), this Court has original jurisdiction over this Action because the matter in controversy, on information and belief, exceeds the sum or value of $75,000.00 and is between citizens of different states. The damages claimed by Mr. Pascarella include lost wages, emotional distress and treble damages, along with attorneys' fees and costs. Mr. Pascarella estimates his damages to be worth

at least $200,000 and alleges that this damage amount is increasing. (See Civil Action Cover Sheet attached hereto as <u>Exhibit B</u>). Mr. Pascarella resides in Ossipee New Hampshire and S&B is a corporation duly organized under the laws of the Commonwealth of Delaware and functions within the state of Massachusetts. No other defendants have been named in Mr. Pascarella's Complaint.

3. This Petition for Removal is filed with this Court on a timely basis as required by 28 U.S.C. § 1446(b), as it is brought within thirty (30) days of Mr. Pascarella's Service of the Complaint upon S&B.

4. Pursuant to 28 U.S.C. § 1446(d), S&B will promptly serve this Petition for Removal upon Mr. Pascarella and will file the Notice of this Petition for Removal with the Middlesex County Superior Court in Massachusetts on a timely basis.

WHEREFORE, S&B respectfully requests that this Action be removed to this Court from the Superior Court of the Commonwealth of Massachusetts for the County of Middlesex.

SCHEIDT & BACHMANN USA, Inc.
By its attorneys

_____
Susan J. Baronoff, BBO#030200
Laurie Alexander-Krom, BBO# 637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

Date: September 23, 2004