| CIVIL ACTION COVER SHEET | DOCKET NUMBER 04-2315 | Trial Court of Massachusetts Superior Court Department County: |
|---|---|---|
| PLAINTIFF(S) STEPHEN [illegible] | | DEFENDANT(S) SCHEIDT & BACHMANN USA INC |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE LAW OFFICES OF WILLIAMS + ZACKERY | | ATTORNEY (if known) |
| Board of Bar Overseers number: | | |

**Origin code and track designation**

Place an x in one box only:
- ☒ 1. F01 Original Complaint
- ☐ 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- ☐ 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- ☐ 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- ☐ 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- ☐ 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION** (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A99 | CIVIL | (F) | (☒) Yes  ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ... $ ...
  2. Total Doctor expenses ... $ ...
  3. Total chiropractic expenses ... $ ...
  4. Total physical therapy expenses ... $ ...
  5. Total other expenses (describe) ... $ ...
     Subtotal $ ...
B. Documented lost wages and compensation to date ... $ ONGOING
C. Documented property damages to date ... $ ...
D. Reasonably anticipated future medical and hospital expenses ... $ ONGOING
E. Reasonably anticipated lost wages ... $ ...
F. Other documented items of damages (describe)
   $ ...
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
   LOST WAGES, DAMAGES ARE ONGOING

   $ ...
   TOTAL $ ONGOING
   ≈ 200,000.00

[Stamp: FILED IN THE OFFICE OF THE CLERK OF THE COURTS FOR THE COUNTY OF MIDDLESEX JUN 04 2004 Edward Sullivan CLERK]

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):
VIOLATION OF MGLA Ch. 93A, Sec. 2.11;
VIOLATION OF MGLA Ch. 149A, Sec. 148;
FRAUD, DECEIT, AND MISREPRESENTATION; AND WRONGFUL TERM EMP
TOTAL $ ≈ 200,000.00

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____  DATE: 06/04/04

AOTC-6 mtc006-11/99
A.O.S.C. 1-2000