UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN PASCARELLA<br>Plaintiff<br><br>v.<br><br>SCHEIDT & BACHMANN USA, INC.<br>Defendant | Civil Action No. # 04-12049-RWZ |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE DATE

The Plaintiff, Stephen Pascarella and the Defendant, Scheidt & Bachmann USA, Inc., request that the date for the Scheduling Conference in this case be rescheduled for either May 16 or May 17, 2005. The Conference is currently scheduled for April 27, 2005. Counsel for each of the parties have a scheduling conflict on April 27, 2005. In addition, Susan Baronoff, the senior attorney for Scheidt & Bachmann USA, Inc., will be out of the country on April 27, 2005.

STEPHEN PASCARELLA
By his attorney,

Alicia A. McNeil, BBO #632134
Law Office of Alicia A. McNeil
Six Beacon Street, Suite 200
Boston, MA 02108
617-263-0123

Date: April 21, 2005

SCHEIDT & BACHMANN USA, INC.
By its attorneys,

Susan J. Baronoff, BBO #030200
Laurie Alexander-Krom, BBO# 637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000