UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN PASCARELLA,<br>    Plaintiff,<br><br>v.<br><br>SCHEIDT & BACHMANN USA, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-12049-RWZ<br>)<br>)<br>)<br>) |

## SCHEIDT & BACHMANN USA, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Scheidt & Bachmann USA, Inc. makes the following disclosure:

> The parent corporation of Scheidt & Bachmann USA, Inc. is Scheidt & Bachmann GmbH. No publicly held company owns 10% or more of Scheidt & Bachmann USA, Inc.'s stock.

SCHEIDT & BACHMANN USA, INC.
By its attorneys

*/s/ Susan J. Baronoff*
Susan J. Baronoff  BBO #030200
Laurie Alexander-Krom  BBO #637385
Murtha Cullina LLP
99 High Street  20th Floor
Boston, MA  02110
(617) 457-4000

CERTIFICATE OF SERVICE

I, Susan J. Baronoff, an attorney for Scheidt & Bachmann USA, Inc., hereby certify that on May 10, 2005 a copy of the above Corporate Disclosure Statement was served, via first-class mail, on plaintiff's counsel, Alicia A. McNeill.

*/s/ Susan J. Baronoff*
Susan J. Baronoff

1