UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12049-RWZ

| | |
|---|---|
| STEPHEN PASCARELLA<br>    Plaintiff,<br><br>v.<br><br>SCHEIDT & BACHMANN USA, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT FOR SCHEDULING CONFERENCE

Pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, counsel for Plaintiff, Stephen Pascarella, Alicia A. McNeil, and counsel for Defendant, Scheidt & Bachmann USA, Inc., Susan Baronoff, discussed and developed a discovery plan on May 6, 2005. The parties have agreed on the following Scheduling and Discovery Order:

### I. PROPOSED DISCOVERY PLAN

1. The initial disclosures required by Fed. R. Civ. P. 26(a) will be completed in accordance with the rules.
2. All fact discovery will be completed by <u>Tuesday, November 15, 2005</u>.
3. Each party shall be permitted to add witnesses not listed in the initial disclosure, provided that the other party has a reasonable opportunity to obtain documents relating to each additional witness and depose each such witness prior to the close of discovery.
4. Expert witnesses and testimony shall be disclosed in accordance with Fed. R. Civ. P. 26(a)(2).

II. **PROPOSED SCHEDULE FOR FILING MOTIONS**

1. All dispositive motions shall be filed by December 15, 2005.
2. All oppositions to dispositive motions and any cross-motions shall be filed by January 20, 2006.

III. **TRIAL BY MAGISTRATE JUDGE**

The Plaintiff will waive his rights to proceed before a district judge and consent to have a magistrate judge conduct any and all further proceedings in this case. At this time, the Defendant will not waive its rights to proceed before a district judge and consent to have a magistrate judge conduct any and all further proceedings in this case.

IV. **CERTIFICATIONS**

The parties will submit the certifications required by Local Rule 16.1(d)(3) at the Scheduling Conference.

V. **PROPOSED AGENDA FOR SCHEDULING CONFERENCE**

The parties propose that the agenda for the scheduling conference include discussion of dismissing some of the Counts in the Amended Complaint and Plaintiff's request for possible leave of court to amend his Complaint.

Respectfully submitted,
10, May 2005

The Plaintiff.

Stephen Pascarella
By his attorney

The Defendant,

Scheidt & Bachmann, USA, Inc.
By its attorneys

_____
Alicia A. McNeil, BBO# 632134
Law Offices of Alicia A. McNeil
Six Beacon Street, Suite 200
Boston, MA 02302
(617) 263-0123

_____
Susan J. Baronoff, BBO# 030200
Laurie Alexander-Krom, BBO# 637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(617) 457-4000

## ORDER

The above scheduling/discovery plan is approved with the following additions/modifications:

Dated: _____

_____
Rya W. Zobel
United States District Judge