UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN PASCARELLA,<br>   Plaintiff,<br><br>v.<br><br>SCHEIDT & BACHMANN USA, INC.,<br>   Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-12049-RWZ<br>)<br>)<br>)<br>) |

### DEFENDANT'S CERTIFICATION PURSUANT TO
### LOCAL RULE 16.1(D)(3)

Defendant Scheidt & Bachmann USA, Inc. and its counsel hereby certify that they have conferred about a budget for the litigation and about the use of alternative dispute resolution, as required by Local Rule 16.1(D)(3).

SCHEIDT & BACHMANN USA, INC.
By its authorized representative,

_____
Erich Horn, President
President
Scheidt & Bachmann USA, Inc.
31 North Avenue
Burlington, MA 01803

By its attorney,

_____
Susan J. Baronoff, BBO #030200
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
Phone: (617) 457-4000
Fax: (617) 482-3868

1

CERTIFICATE OF SERVICE

I, Susan J. Baronoff, an attorney for Scheidt & Bachmann USA, Inc., hereby certify that on May 19, 2005 a copy of the above Certification was served, by hand, on plaintiff's counsel, Alicia A. McNeil.

_____
Susan J. Baronoff