UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12049-RWZ

STEPHEN PASCARELLA
    Plaintiff,

v.

SCHEIDT & BACHMANN USA, INC.,
    Defendant.

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Counsel for the Plaintiff, Alicia A. McNeil, and Plaintiff, Stephen Pascarella, affirm that we have conferred in accordance with above stated Local Rule by discussing the potential costs of conducting litigation, and alternative means of dispute resolution such as those outlined in Local Rule 16.4.

_____
Stephen Pascarella

_____
ATTORNEY FOR PLAINTIFF,
Alicia A. McNeil BBO #632134
LAW OFFICES OF ALICIA A. McNEIL
Six Beacon Street, Suite 200
Boston, MA 02108
(617) 263-0123

May 17, 2005


CERTIFICATE OF SERVICE